# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| BIG D INDUSTRIES, INC., | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. 5:22-cv-00182-F |
| FRESH PRODUCTS, INC., | ) |
| Defendant. | ) |

## PLAINTIFF'S FINAL WITNESS LIST

COMES NOW, Plaintiff, Big D Industries, Inc. ("Big D"), by and through its attorneys of record, and pursuant to the Court' Scheduling Order, hereby submits Plaintiff's Final Witness List. In doing so, Plaintiff reserves the right to specifically identify any rebuttal witnesses.

| **WITNESS** | **PROJECTED TESTIMONY** | **MAY OR WILL CALL** |
|---|---|---|
| Don Lees<br>President<br>Big D Industries, Inc.<br>c/o Ryan Whaley<br>400 N. Walnut Ave.<br>Oklahoma City, OK 73104 | Will provide testimony regarding Big D's planned sale to PLZ Aeroscience, including without limitation, the nature of the discussions, Big D's anticipation that the sale would happen, information provided to PLZ as part of its due diligence, the impact of Fresh Products' patent violation allegations on the planned sale, and Big D's damages | WILL |
| Eric Chiang<br>Big D Industries, Inc.<br>c/o Ryan Whaley<br>400 N. Walnut Ave.<br>Oklahoma City, OK 73104 | Will provide testimony regarding Big D's planned sale to PLZ Aeroscience, including without limitation, the nature of the discussions, information provided to PLZ as part of its due diligence, and Big D's damages | WILL |

1

| WITNESS | PROJECTED TESTIMONY | MAY OR WILL CALL |
|---|---|---|
| Greg Bourbon<br>PLZ Aeroscience Corporation | Will provide testimony regarding PLZ Aeroscience's planned acquisition of Big D, including without limitation, the due diligence performed by the company and the impact of the Fresh Products' patent violation allegations on the company's plans | WILL |
| John Ferring<br>Chairman<br>PLZ Aeroscience Corporation | Will provide testimony regarding PLZ Aeroscience's planned acquisition of Big D, including without limitation, the due diligence performed by the company and the impact of the Fresh Products' patent violation allegations on the company's plans | WILL |
| Douglas Brown<br>Fresh Products | May provide testimony regarding Fresh Products' patent violation allegations against Big D | MAY |
| Jeffrey Smith<br>Fresh Products | May provide testimony regarding Fresh Products' patent violation allegations against Big D | MAY |
| Peter Lipke<br>Chief Executive Officer<br>Vectair Systems | May provide testimony regarding the nature of the urinal screen industry, including general industry knowledge of the potential sale of Big D | MAY |
| Carl Hubble<br>Quest Specialty | May provide testimony regarding the nature of the urinal screen industry, including general industry knowledge of the potential sale of Big D | MAY |
| Kevin Bjorkstrom<br>Palmer Fixture | May provide testimony regarding the nature of the urinal screen industry, including general industry knowledge of the potential sale of Big D | MAY |
| Joe Semler<br>Pearless Marketing | May provide testimony regarding the nature of the urinal screen industry, including general industry knowledge of the potential sale of Big D | MAY |

| WITNESS | PROJECTED TESTIMONY | MAY OR WILL CALL |
|---|---|---|
| Keith Angel<br>Avision Sales Group | May provide testimony regarding the nature of the urinal screen industry, including general industry knowledge of the potential sale of Big D | MAY |
| Additional witnesses listed by Defendant not otherwise objected to by Plaintiff. | | |
| Additional witnesses necessary for rebuttal. | | |

*s/Patrick R. Pearce, Jr.*
Patrick M. Ryan (OBA No. 7864)
Phillip G. Whaley (OBA No. 13371)
Patrick R. Pearce, Jr. (OBA No. 18802)
**RYAN WHALEY**
400 North Walnut Avenue
Oklahoma City, OK 73104
Telephone:	(405) 239-6040
Facsimile:	(405) 239-6766
Email:	pryan@ryanwhaley.com
	pwhaley@ryanwhaley.com
	rpearce@ryanwhaley.com

*Attorneys for Plaintiff Big D Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*s/Patrick R. Pearce, Jr.*
Patrick R. Pearce, Jr.